DAVID W. O'NEIL et al., Respondents, *v.* THE NEW YORK AND HARLEM RAILROAD COMPANY et al., Appellants, Impeaded with Another.

*O'Neil* v. *N. Y. & Harlem R. R. Co.,* 67 App. Div. 620, reversed.
(Argued May 21, 1903; decided June 2, 1903 )

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

December 27, 1901, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Ira A. Place* and *Thomas Emery* for appellants.

*James C. Bushby* and *Henry G. Atwater* for respondents.

Judgment reversed and complaint dismissed, without costs, on authority of *Kriete* v. *N. Y. & H. R. R. Co.* (175 N. Y. 484).

Concur: PARKER, Ch. J., O'BRIEN, HAIGHT, MARTIN, CULLEN and WERNER, JJ. Not sitting: GRAY, J.